IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PATAGONIA, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **YIWU WENTOU IMPORT & EXPORT CO., LTD, YIWU WENTOU IMP & EXP CO., LTD, and YIWU CHARMTON IMPORT & EXPORT CO., LTD**, <br><br> Defendants. | Case No. 19-cv-04740 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge M. David Weis** |

## MOTION FOR LEAVE TO FILE AN ANSWER

Defendants Yiwu Wentou Import & Export Co., Ltd, Yiwu Wentou Imp & Exp Co., Ltd, and Yiwu Charmton Import & Export Co., Ltd (collectively, "Defendants") file this Motion For Leave to File an Answer to Plaintiff Patagonia, Inc.'s Amended Complaint (Dkt. No. 10). In support of their Motion, Defendants submit the accompanying brief.

Dated: September 4, 2019                           Respectfully submitted,


By: */s/ Daliah Saper*
Daliah Saper (local counsel)
Illinois Bar No. 6283932
ds@saperlaw.com
**Saper Law Offices, LLC**
505 N LaSalle St
Chicago, IL 60654

Timothy T. Wang (pro hac vice to be filed)
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 500
Dallas, TX 75231
Telephone: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS YIWU WENTOU IMPORT & EXPORT CO., LTD, YIWU WENTOU IMP & EXP CO., LTD, and YIWU CHARMTON IMPORT & EXPORT CO., LTD.**

## CERTIFICATE OF SERVICE

    I, Daliah Saper, hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Daliah Saper*
Daliah Saper

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PATAGONIA, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **YIWU WENTOU IMPORT & EXPORT CO., LTD, YIWU WENTOU IMP & EXP CO., LTD, and YIWU CHARMTON IMPORT & EXPORT CO., LTD**, <br><br> Defendants. | Case No. 19-cv-04740 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge M. David Weis** |

## **BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AN ANSWER**

Defendants Yiwu Wentou Import & Export Co., Ltd, Yiwu Wentou Imp & Exp Co., Ltd, and Yiwu Charmton Import & Export Co., Ltd (collectively, "Defendants") file this Brief in Support of their Motion For Leave to File an Answer to Plaintiff Patagonia, Inc.'s Amended Complaint (Dkt. No. 10) and would show as follows:

A court may extend the time for a party to file its answer after the time to do so has expired under Fed. R. Civ. P. 6(b)(1)(B) "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Excusable neglect "as used in several of the Federal Rules of Civil Procedure, is understood to be a somewhat elastic concept." *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 382, 113 S. Ct. 1489, 1491 (1993) (citations omitted). The Supreme Court has stated that the inquiry for "excusable neglect" is

> at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include . . . the danger of prejudice to the [nonmoving party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith.

1

*Id.* at 380. Furthermore, "[a]s a practical matter, vacating entry of default would serve little purpose without granting defendants leave to file an answer." *Haertle v. Brennan Inv. Grp., LLC*, No. 14-CV-1347, 2015 U.S. Dist. LEXIS 191074, 2015 WL 12964670, at *2 (E.D. Wis. June 4, 2015).

As an initial matter, Defendants have neither sought, nor has this Court granted any other extensions in the matter. Furthermore, there is little danger of prejudice to Plaintiff as this case is in its infancy and granting leave will cause little to no delay. Plaintiff filed its original sealed complaint on July 15, 2019. (Dkt. No. 1). On July 18, 2019 Plaintiff filed its Amended Complaint naming Defendants. (Dkt. No. 10). Plaintiff served its Amended Complaint on Defendants on August 5, 2019 via email. Defendant's Answer was due on August 26, 2019. Plaintiff filed its Motion for Default Judgment on August 29, 2019 (Dkt. No. 30) and set a hearing on Plaintiff's Motion for Default Judgment on September 5, 2019 (Dkt. No. 32). On August 27, 2019 counsel for Plaintiff and Defendants had discussions regarding Defendants' request for extension of time to file their answer and Plaintiff opposed. On August 29, 2019 Plaintiff filed its motion for entry of default and default judgment which is set for hearing on September 5, 2019. Counsel for Defendants again contacted counsel for Plaintiff on September 4, 2019 to inquire as to whether or not Plaintiff would consent to the filing of this motion. Plaintiff's counsel indicated that Plaintiff has not yet taken a position as to the filing of this motion. In light of this, Defendants retained local counsel on September 4, 2019 (two business days after the Labor Day holiday), and on this same day, file this Motion.

Furthermore, the reasons for Defendants' delay in answering were not in bad faith or with the intent to delay the proceedings. Defendants are corporations organized under the law of China and do not have any U.S. offices or employees. Defendants are also three separate companies who are defending themselves from identical claims. As such, Defendants required additional time to

2

3

coordinate with one another in order to retain counsel within this judicial district. In addition, Defendants have been attempting to settle this matter with Plaintiffs and have been engaging in good faith discussions to that effect since August 7, 2019.

For the foregoing reasons, this Court should grant Defendants' Motion granting Defendants leave to file the attached Answer to Plaintiff's Amended Complaint.

Dated: September 4, 2019　　　　　　　　　　Respectfully submitted,

By: */s/ Daliah Saper*
Daliah Saper (local counsel)
Illinois Bar No. 6283932
ds@saperlaw.com
Saper Law Offices, LLC
505 N LaSalle St
Chicago, IL 60654

Timothy T. Wang (pro hac vice to be filed)
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 500
Dallas, TX 75231
Telephone: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS YIWU WENTOU IMPORT & EXPORT CO., LTD, YIWU WENTOU IMP & EXP CO., LTD, and YIWU CHARMTON IMPORT & EXPORT CO., LTD.**

4

**CERTIFICATE OF SERVICE**

      I, Daliah Saper, hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

                                              */s/ Daliah Saper*
                                              Daliah Saper